**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**WILLIE J. JONES,**      **PLAINTIFF**

**V.**      **NO. 2:06CV182-P-D**

**CORRECTIONS CORPORATION**
**OF AMERICA, et al.,**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day,

1.) Defendant Johnson's motion to dismiss (docket entry 8) is GRANTED; and the claims against him are dismissed with prejudice;

2.) Defendant Green is, *sua sponte,* DISMISSED with prejudice;

3.) Plaintiff's motion for voluntary dismissal (docket entry 10) is GRANTED as to only Defendants Correction Corporation of America and Robert Parker; and

5.) this matter is CLOSED.

**IT IS SO ORDERED.**

THIS the 2nd day of March, 2007.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE